IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00850-ZLW-MJW

STEVEN R.  WEINSTEIN,

Plaintiff(s),

v.

CHRIS MARKS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Based upon the Notice of Settlement (docket no. 19), this case is now settled. Accordingly, it is hereby ORDERED that the parties shall file their Joint Stipulated Motion for Dismissal with the court on or before November 10, 2009, or show cause why this case should not be dismissed.

     It is FURTHER ORDERED that the Final Pretrial Conference set before Magistrate Judge Watanabe on April 19, 2010, at 8:30 a.m. is VACATED.

Date:  October 27, 2009