IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00850-ZLW-MJW

STEVEN R. WEINSTEIN,

    Plaintiff,

v.

CHRIS MARKS,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The matter before the Court is a Joint Motion For Dismissal With Prejudice (Doc. No. 21). It is

ORDERED that the Joint Motion For Dismissal With Prejudice (Doc. No. 21; Oct. 28, 2009) is granted. It is

FURTHER ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice, each party to pay their own attorney's fees and costs.

DATED at Denver, Colorado this 4th day of November, 2009.

BY THE COURT:

*Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court